UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ABC RUG & CARPET CLEANING SERVICE, INC.,
RUG RENOVATING CO., INC. and A.B.C. CARPET
CO., INC.,

                        Plaintiffs,

    - against -

ABC RUG CLEANERS, INC., ABC RUG
CLEANERS.COM, ABC CARPET &
UPHOLSTERY CARE, INC. and NY
MANHATTAN MANAGEMENT, INC.,

                        Defendants.
------------------------------------X



FILED JUN 26 2008 USDC WP SDNY

Case No.: 08 CIV. 5737

Judge Berman

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rug Renovating Co., Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NONE

Dated:  Garden City, New York
           June 20, 2008

                                        _____
                                        ROBERT L. DOUGHERTY (RD4890)
                                        Attorney for Plaintiff, RUG
                                        RENOVATING CO., INC.
                                        226 Seventh Street, Suite 200
                                        Garden City, New York 11530
                                        (516) 873-0808