UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ABC RUG & CARPET CLEANING SERVICE, INC.,
RUG RENOVATING CO., INC. and A.B.C. CARPET
CO., INC.,

                        Plaintiffs,

  - against -

ABC RUG CLEANERS, INC., ABC RUG
CLEANERS.COM, ABC CARPET &
UPHOLSTERY CARE, INC. and NY
MANHATTAN MANAGEMENT, INC.,

                        Defendants.

------------------------------------X



Case No.

**Rule 7.1 Statement**

08 civ. 5737

Judge Berman

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ABC Rug & Carpet Cleaning Service, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NONE

Dated:  Garden City, New York
          June 20, 2008

                                          _____
                                          ROBERT L. DOUGHERTY (RD4890)
                                          Attorney for Plaintiff, ABC RUG &
                                          CARPET CLEANING SERVICE, INC.
                                          226 Seventh Street, Suite 200
                                          Garden City, New York 11530
                                          (516) 873-0808