UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ABC RUG & CARPET CLEANING SERVICE, INC.,
RUG RENOVATING CO., INC. and A.B.C. CARPET
CO., INC.,

                                        Plaintiffs,

      - against -

ABC RUG CLEANERS, INC., ABC RUG
CLEANERS.COM, ABC CARPET &
UPHOLSTERY CARE, INC. and NY
MANHATTAN MANAGEMENT, INC.,

                                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X



**Rule 7.1 Statement**

# 08 CIV. 5737

## Judge Berman

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule

1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate

possible disqualification or recusal, the undersigned counsel for A.B.C. Carpet Co.,

Inc. (a private non-governmental party) certifies that the following are corporate

parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NONE


Dated:   Garden City, New York
         June 20, 2008

                              _Robert J. D_____
                              ROBERT L. DOUGHERTY (RD4890)
                              Attorney for Plaintiff, A.B.C. CARPET
                              CO., INC.
                              226 Seventh Street, Suite 200
                              Garden City, New York 11530
                              (516) 873-0808