UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABC RUG & CARPET
CLEANING SERVICE INC.
RUG RENOVATING CO., INC. and
A.B.C. CARPET CO., INC.,

       Plaintiffs,

  -against-

ABC RUG CLEANERS, INC.,
ABC RUG CLEANERS.COM,
ABC CARPET & UPHOLSTERY
CARE, INC. and
NY MANHATTAN
MANAGEMENT INC.,

       Defendants.
------------------------------------------------------------X

08 CIV 5737 (RMB)

STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED that the time for defendants to appear and to answer, or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 25th day of August, 2008.

Dated: July 22, 2008

Robert L. Dougherty
Attorney for Plaintiffs
266 Seventh Street, Suite 200
Garden City, New York 11530
(516) 374-0808

Jeffrey E. Jacobson
Jacobson & Colfin, P.C.
Attorneys for Defendants
ABC Rug Cleaners, Inc. and
NY Manhattan Management Inc.
60 Madison Avenue, Suite 1026
New York, NY 10048
(212) 691-5630

SO ORDERED:

_____
U.S.D.C.J.

Liz/ABCSTIPEXT708