Jul 26 08 04:04p   Jacobson Colfin                  12126455038           p.1
Case 1:08-cv-05737-RMB   Document 7   Filed 07/29/2008   Page 1 of 1
Case 1:08-cv-05737-RMB   Document 6   Filed 07/23/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ABC RUG & CARPET
CLEANING SERVICE INC.
RUG RENOVATING CO., INC. and
A.B.C. CARPET CO., INC.,

          Plaintiffs,

   - against -

ABC RUG CLEANERS, INC.,
ABC RUG CLEANERS.COM,
ABC CARPET & UPHOLSTERY
CARE, INC. and
NY MANHATTAN
MANAGEMENT INC.,

          Defendants.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/08

08 CIV 5737 (RMB)

STIPULATION EXTENDING TIME
TO ANSWER

IT IS HEREBY STIPULATED that the time for defendants to appear and to answer, or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 25th day of August, 2008.

See Court's rules regarding the filing of motions.

Dated: July 22, 2008

Robert L. Dougherty
Attorney for Plaintiffs
266 Seventh Street, Suite 200
Garden City, New York 11530
(516) 528-0608

Jeffrey L. Jacobson
Jacobson & Colfin, P.C.
Attorneys for Defendants
ABC Rug Cleaners, Inc. and
NY Manhattan Management Inc.
60 Madison Avenue, Suite 1026
New York, NY 10048
(212) 691-5630

SO ORDERED RMB
U.S.D.C.J.
7/29/08

L:\ABCSTIPEXT708