| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | No. 08 CIV 5737 (BERMAN) |
| ABC RUG & CARPET CLEANING<br>SERVICE CO., INC. and A.B.C.<br>CARPET CO., INC.         :<br><br>                    Plaintiffs   :<br><br>    -against-                 :<br><br>ABC RUG CLEANERS, INC., ABC RUG:<br>CLEANERS.COM, ABC CARPET &<br>UPHOLSTERY CARE, INC. and NY     :<br>MANHATTAN MANAGEMENT INC.<br>                        :<br>                    Defendants.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | NOTICE OF APPEARANCE |

DEAR SIRS:

   PLEASE TAKE NOTICE, that the undersigned has been retained as Counsel by ABC Rug Cleaners, Inc., and NY Manhattan Management Inc., Defendants herein, in the above referenced action.

   TAKE FURTHER NOTICE, that all papers, pleadings, correspondence and communications, shall be served and/or delivered upon the undersigned.

   Dated: July 22, 2008
      New York, New York

                         /Jeffrey E. Jacobson/
                         Jeffrey E. Jacobson (JEJ 1199)
                         Jacobson & Colfin, P.C.
                         Attorneys for Defendant
                         60 Madison Avenue, #1026
                         New York, NY 10010
                         (212) 691-5630

To:
Robert L Dougherty
Attorney for Plaintiffs
266 Seventh Street, Suite 200
Garden City, NY 11530
(516 873 0808)                         C/L/ABCNoteappearance