Jeffrey E. Jacobson (JEJ 1199)
Bruce E. Colfin (BEC 5815)
Jacobson & Colfin, P.C.
60 Madison Avenue, Suite 1026
New York, NY 10010
(212) 691-5630
Attorneys for Defendants
 Defendants ABC RUG CLEANERS, INC.
and NY MANHATTAN MANAGEMENT, INC.,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                No. 08 CIV 5737 (BERMAN)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ABC RUG & CARPET CLEANING          :
SERVICE CO., INC. and A.B.C.
CARPET CO., INC.                              :
                    Plaintiffs

        -against-                                    :

ABC RUG CLEANERS, INC., ABC RUG:      RULE 7.1 STATEMENT
CLEANERS.COM, ABC CARPET &
UPHOLSTERY CARE, INC. and NY        :
MANHATTAN MANAGEMENT INC.
                                                    :
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants ABC RUG CLEANERS, INC. and NY MANHATTAN MANAGEMENT, INC., certifies that defendants have no corporate parent, and that no publicly held corporation owns 10% or more of any stock in either defendants ABC RUG CLEANERS, INC. and NY MANHATTAN MANAGEMENT, INC.,

Dated: August 21, 2008
    New York, NY                        JACOBSON & COLFIN, P.C.

                                        By:__/JEFFREY E. JACOBSON/
                                        Jeffrey E. Jacobson (JEJ 1199)
                                        Attorneys for Defendants
                                        ABC RUG CLEANERS, INC. and
                                        NY MANHATTAN MANAGEMENT, INC.,
                                        60 Madison Avenue, #1026
                                        New York, NY 10010
                                        Tel. (212) 691-5630

clI/lit/abc/Rule71sta